IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNTY OF NORTHAMPTON,<br>            Plaintiff,<br><br>         v.<br><br>RAM CONSTRUCTION SERVICES OF CLEVELAND, LLC,<br>            Defendant. | CIVIL ACTION NO. 12-5958 |

## ORDER

**AND NOW**, this 11th day of March, 2013, upon consideration of Plaintiff's Motion for Leave to Join Third Party Defendant and/or Dismissal of the Action (ECF 13), and for the reasons stated in the accompanying Memorandum of Law, it is hereby **ORDERED**:

1. Plaintiff's Motion for Leave to Join Third Party Defendant and/or Dismissal of the Action (ECF 17) is GRANTED.

2. The case is DISMISSED under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and remanded to the Court of Common Pleas of Northampton County.

3. The Motion to Modify the Scheduling Order (ECF 15) is DENIED as moot.

4. The clerk shall close this case.

         BY THE COURT:

         /s/ Michael M. Baylson
         _____
         **Michael M. Baylson, U.S.D.J.**